In the Matter of the Application of JAMES O. SEBRING et al., Appellants, for Determination and Enforcement of a Lien.

JOHN E. HASSON et al., Respondents.

*Matter of Sebring*, 178 App. Div. 953, appeal dismissed.

(Submitted January 28, 1918; decided February 5, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1917, which affirmed an order of Special Term adjudging that certain claims of the respondents herein were superior to any lien that the petitioners might have upon certain funds in the hands of the treasurer of Steuben county.

The motion was made upon the ground that the order appealed from was not one finally determining an action or special proceeding and that permission to appeal had not been obtained.

*Arthur J. Hammond* and *Fred W. Hastings* for motion. *John C. Wheeler* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.